# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00680-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT; AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS<br><br>(ECF Nos. 2, 4, 5) |

On April 22, 2021, Nicole Jones ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying her application for benefits under the Social Security Act. (ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis* on the same day. (ECF No. 2.) The Court reviewed Plaintiff's application to proceed *in forma pauperis* and found that it appeared that Plaintiff was not entitled to proceed without prepayment of fees. (ECF No. 3.) Plaintiff was ordered to file a long form application to proceed without prepayment of fees. (Id.)

On May 4, 2021, Plaintiff filed a long form application to proceed in this action without prepayment of fees. (ECF No. 4.) On May 5, 2021, a findings and recommendations issued recommending denying Plaintiff's application to proceed without prepayment of fees. On May

1

14, 2021, Plaintiff paid the filing fee in this action. As Plaintiff has now paid the filing fee in this action, the findings and recommendations shall be vacated and the application to proceed *in forma pauperis* shall be denied as moot.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record. The Court shall order that the complaint in this action be served and the matter will be stayed once service has been effected on the defendant. Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed without prepayment of fees, filed May 4, 2021, is DENIED as moot;
2. The findings and recommendations filed May 5, 2021, is VACATED; and
3. The Clerk of the Court is HEREBY DIRECTED to issue the summonses and new case documents in this matter.

IT IS SO ORDERED.

Dated: __**May 17, 2021**__

UNITED STATES MAGISTRATE JUDGE

2